IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. _____ |
| | ) | |
| v. | ) | (Case No. 6:04-CV-397-LED, |
| | ) | currently pending in the United |
| HEWLETT-PACKARD CO., *et al.*, | ) | States District Court for the |
| | ) | Eastern District of Texas, |
| Defendants. | ) | Tyler Division) |

## MOTION FOR LEAVE TO FILE PAPERS UNDER SEAL

Fujitsu Computer Systems Corp. ("Fujitsu"), a defendant in the captioned action currently pending in the United States District Court for the Eastern District of Texas, Tyler Division (the "Texas Action"), has filed a motion to compel Research Investment Network, a Delaware corporation and a non-party witness in the Texas Action, to comply with this Court's May 25, 2005 subpoena. Fujitsu hereby respectfully moves for leave to file its accompanying opening brief and supporting declaration under seal.

The ground for this motion is that the opening brief and declaration contain information which was produced by others pursuant to confidentiality designations that Fujitsu is obligated to honor, and Fujitsu therefore cannot publicly disclose that information.

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
*Attorneys for Fujitsu Computer Systems Corp.*

Dated: October 17, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. _____ |
| | ) | |
| v. | ) | (Case No. 6:04-CV-397-LED, |
| | ) | currently pending in the United |
| HEWLETT-PACKARD CO., *et al.*, | ) | States District Court for the |
| | ) | Eastern District of Texas, |
| Defendants. | ) | Tyler Division) |

### **ORDER**

This _____ day of _____, 2005, Fujitsu Computer Systems Corp. ("Fujitsu") having moved to compel Research Investment Network to comply with this Court's May 25, 2005 subpoena, and having further moved for leave to file its supporting opening brief and declaration under seal in order to honor confidentiality designations by those who produced certain of the information contained therein; now therefore,

IT IS HEREBY ORDERED that Fujitsu's motion for leave to file its opening brief and supporting declaration under seal is granted.

_____
United States District Judge

<u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1</u>

I hereby certify that in light of the nature of the attached **Motion for Leave to File Papers Under Seal**, and given the fact that the respondent in this miscellaneous action is not yet before the Court, the subject of the motion has not been discussed with anyone prior to filing.

_____
Steven J. Balick

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2005, the attached **MOTION FOR LEAVE TO FILE PAPERS UNDER SEAL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Ronald P. Oines, Esquire<br>Rutan & Tucker<br>611 Anton Blvd., 14th Floor<br>Costa Mesa, CA  92628-1931 | VIA ELECTRONIC MAIL |
| Sam Baxter, Esquire<br>McKool Smith, P.C.<br>505 E. Travis, Suite 105<br>Marshall, Texas 75670 | VIA ELECTRONIC MAIL |
| Harry L. Gillam Jr., Esquire<br>Gillam & Smith, LLP<br>110 S. Bolivar, Suite 204<br>Marshall, Texas 75670 | VIA ELECTRONIC MAIL |
| Scott E. Stevens, Esquire<br>Stevens Law Firm<br>P.O. Box 807<br>Longview, TX 75606 | VIA ELECTRONIC MAIL |
| V. Bryan Medlock, Jr., Esquire<br>Sidley Austin Brown & Wood LLP<br>717 N. Harwood, Suite 3400<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Ronald S. Vickery, Esquire<br>Ramey & Flock, P.C.<br>100 E. Ferguson, Suite 500<br>Tyler, TX 75702 | VIA ELECTRONIC MAIL |
| Mark N. Reiter, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, Texas 75201-1515 | VIA ELECTRONIC MAIL |

Jeffrey B. Plies, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
Dewey Ballantine, L.L.P., Esquire
401 Congress Ave., Suite 3200
Austin, TX 78701-2478

David J. Levy, Esquire                                             <u>VIA ELECTRONIC MAIL</u>
Fulbright & Jaworsky, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

David L. Witcoff, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL  60601

Eric M. Albritton, Esquire                                         <u>VIA ELECTRONIC MAIL</u>
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Melvin R. Wilcox, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
Wilson, Sheehy, Knowles, et al.
P.O. Box 7339
Tyler, Texas 75701

David J. Healey, Esquire                                           <u>VIA ELECTRONIC MAIL</u>
Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002

Michael S. Dowler, Esquire                                         <u>VIA ELECTRONIC MAIL</u>
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057-2198

Otis W. Carroll, Jr., Esquire                                      <u>VIA ELECTRONIC MAIL</u>
Ireland Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

Paul S. Francis, Esquire                                           <u>VIA ELECTRONIC MAIL</u>
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

| | |
|---|---|
| E. Glenn Thames, Jr., Esquire<br>Potter Minton, A Professional Corporation<br>110 North College, Suite 500<br>Tyler, TX 75702 | <u>VIA ELECTRONIC MAIL</u> |
| Shawn T. Leuthold, Esquire<br>Law Offices of Shawn T. Leuthold<br>4122 Factoria Blvd. SE, Suite 408<br>Bellevue, WA 98006-5259 | <u>VIA ELECTRONIC MAIL</u> |

/s/ Steven J. Balick
Steven J. Balick

162418.1