IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. 05-213 |
| | ) | |
| v. | ) | (Case No. 6:04-CV-397-LED, |
| | ) | currently pending in the United |
| HEWLETT-PACKARD CO., et al., | ) | States District Court for the |
| | ) | Eastern District of Texas, |
| Defendants. | ) | Tyler Division) |

## ORDER

This __21st__ day of __Oct_____, 2005, Fujitsu Computer Systems Corp. ("Fujitsu") having moved to compel Research Investment Network to comply with this Court's May 25, 2005 subpoena, and having further moved for leave to file its supporting opening brief and declaration under seal in order to honor confidentiality designations by those who produced certain of the information contained therein; now therefore,

IT IS HEREBY ORDERED that Fujitsu's motion for leave to file its opening brief and supporting declaration under seal is granted.

_____
United States District Judge