IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | : | |
| Plaintiff, | : | |
| v. | : | Misc. No. 05-MC-00213 |
| HEWLETT-PACKARD CO., *et al.*, | : | Case No. 6:04-CV-397-LED, currently pending in the United States District Court for the Eastern District of Texas, Tyler Division |
| Defendant. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ronald P. Oines, Esquire, to represent non-parties Discovision Associates and Research Investment Network, Inc. in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

/s/ J. Clayton Athey
J. Clayton Athey (#4378)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
JCAthey@prickett.com
*Attorneys for Non-Parties Discovision Associates and Research Investment Network, Inc.*

### ORDER GRANTING MOTION

The foregoing application of Ronald P. Oines, Esquire, for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

9999.9999\287171v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 21st day of October, 2005, I caused a copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE to be served on the below-named counsel of record via email:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Fl.<br>Wilmington, DE 19801 | Sam Baxter, Esquire<br>McKool Smith, P.C.<br>505 E. Travis, Suite 105<br>Marshall, Texas 75670 |
| Harry L. Gillam, Jr., Esquire<br>Gillam & Smith, LLP<br>110 S. Bolivar, Suite 204<br>Marshall, Texas 75670 | Scott E. Stevens, Esquire<br>Stevens Law Firm<br>P.O. Box 807<br>Longview, TX 75606 |
| V. Bryan Medlock, Jr., Esquire<br>Sidley Austin Brown & Wood LLP<br>717 N. Harwood, Suite 3400<br>Dallas, TX 75201 | Ronald S. Vickery, Esquire<br>Ramey & Flock, P.C.<br>100 E. Ferguson, Suite 500<br>Tyler, TX 75702 |
| Mark N. Reiter, Esquire<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, Texas 75201 | Jeffrey B. Plies, Esquire<br>Dewey Ballantine, LLP<br>401 Congress Ave., Suite 3200<br>Austin, TX 78701 |
| David J. Levy, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 | David L. Witcoff, Esquire<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601 |
| Eric M. Albritton, Esquire<br>Albritton Law Firm<br>P.O. Box 2649<br>Longview, Texas 75606 | Melvin R. Wilcox, Esquire<br>Wilson, Sheehy, Knowles, et al.<br>P.O. Box 7339<br>Tyler, Texas 75701 |
| David J. Healey, Esquire<br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1600<br>Houston, Texas 77002 | Michael S. Dowler, Esquire<br>Howrey Simon Arnold & White LLP<br>750 Bering Drive<br>Houston, TX 77057 |
| Otis W. Carroll, Jr., Esquire<br>Ireland Carroll & Kelley, PC<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703 | Paul S. Francis, Esquire<br>Baker & Hostetler LLP<br>1000 Louisiana, Suite 2000<br>Houston, TX 77002 |

9999.9999\288129v1

| E. Glenn Thames, Jr., Esquire<br>Potter Minton, PC<br>110 North College, Suite 500<br>Tyler, TX 75702 | Shawn T. Leuthold, Esquire<br>Law Offices of Shawn T. Leuthold<br>4122 Factoria Blvd. SE, Suite 408<br>Bellevue, WA 98006 |

_____
J. Clayton Athey (#4378)