Voicemail from Discovision's Counsel (received on Tuesday, July 5, 2005)

MEMORANDUM

---

TO: File

FROM: Marc J. Pernick

DATE: July 8, 2005   FILE: 54348(4)

RE: Voicemail from Discovision's Counsel (received on Tuesday, July 5, 2005)

---

Marc, good morning. It's Lance Etcheverry calling from Skadden in Los Angeles. It's about a quarter to 9:00 on Tuesday morning. Hope you had a nice holiday. Listen, just wanted to give you an update. I'm not in any way ignoring the letter that you sent. I put it before the client, but just so you know, our firm is in the process of trying to work through a potential conflict issue related to DVA's representation in connection with the subpoena and all the related matters. So, until we're able to resolve that issues, I'm not going to proceed any further with this issue of the confidentiality or outside counsel's eyes only designation with respect to that transcript. As soon as the conflict issue is resolved, I'll let you know, and either it will be myself or DVA's new counsel in this matter who will be getting back to you. If you have any questions for me, please feel free to give me a buzz, (213) 687-5432. Thanks. Bye.

pa-1016463