September 7, 2005 Telephone Voice Mail Message to Rachel Coles from
David White from Discovision

MEMORANDUM

---

TO:     File

FROM:   Rachel A. Coles

DATE:   October 10, 2005                FILE:   54348(4)

RE:     Voicemail from David White (received on September 7, 2005)

---

Hi Rachel. David White from Discovision. I spoke to Skadden yesterday afternoon and well the conflict has now been resolved and it has not been resolved in our favor. Skkaden is not going to be representing RIN or possibly even DVA in the future. So they are basically out. We have to find a new law firm and I don't want to respond to this document request until we get the new law firm in and up to speed. So, I ... you know, I'll let you know as soon as we have somebody and we'll give you a call and let you know how to resolve your document request issue. So, please have patience with us and I'll hopefully talk with you either later this week or next week sometime. Thanks. Bye.

pa-1016527