Sep-15-05  04:18pm  From-RUTAN & TUCKER LLP,                714-546-9035        T-429  P.02/03  F-809



**RUTAN & TUCKER**
ATTORNEYS AT LAW

611 ANTON BOULEVARD, FOURTEENTH FLOOR
COSTA MESA, CALIFORNIA 92626-1931
DIRECT ALL MAIL TO: POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
TELEPHONE 714-641-5100  FACSIMILE 714-546-9035
INTERNET ADDRESS www.rutan.com

ORANGE COUNTY

SILICON VALLEY
(408) 289-8777

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Ronald P. Oines
Direct Dial: (714) 662-4680
E-mail: roines@rutan.com

September 15, 2005

**By Fax and Mail**

John M. Schumaker, Esq.
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002

Re:    American Video Graphics, L.P., v. Microsoft Corporation

Dear John:

This will confirm my telephone conversation with you the other day in which I indicated that my firm will be representing Research Investment Network, Inc. ("RIN") with respect to the subpoena served on RIN in the above-referenced action. Additionally, to the extent there are any remaining issues involving the subpoena served on Discovision, we will handle those as well.

Enclosed herewith is a copy of David White's signature page from his deposition in the above-referenced action.

Please feel free to contact me if you have any questions regarding the foregoing.

Very truly yours,

RUTAN & TUCKER, LLP

Ronald P. Oines

RPO:as
Enclosure

cc:    T. Gordon White, Esq. (by fax)
John W. Thornburgh, Esq. (by fax)
Mark J. Pernick, Esq. (by fax)
Gregg A. Paradise, Esq. (by fax)
Daniel M. Flores, Esq. (by fax)
David D. Bahler, Esq. (by fax)
Rowena Young, Esq. (by fax)

211B/099999-0084
L42423.01 a09/15/05

David White, volume 4 - 6-8-05
CONFIDENTIAL

```
 1
 2        I, David White, hereby declare under penalty of
 3   perjury that I have read the foregoing transcript.
 4   Corrections, if any, were noted in ink, and the same is
 5   now a full, true and correct transcript of my testimony.
           Executed this  13  day of  Sept. ,
 6
 7   2005, at  Irvine                        , California.
 8
 9
10
11
                            _____
                                    David White
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Sep-15-05  04:17pm  From-RUTAN & TUCKER LLP,                714-546-9035           T-429  P.01/03  F-809

# RUTAN & TUCKER LLP

**Attorneys at Law**

611 Anton Boulevard, 14th Floor
Costa Mesa California 92626-1931
Mailing Address: Post Office Box 1950, Costa Mesa, California 92628-1950

Telephone: 714.641.5100          Facsimile 714.546.9035

# FACSIMILE TRANSMISSION

DATE:      SEPTEMBER 15, 2005

Hard Copy to Follow via Mail:   **NO**

TO:

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| John M. Schumaker, Esq. | 713-224-9511 | 713-546-5000 |
| cc: T. Gordon White | 512-692-8744 | 512-692-8701 |
| cc: John W. Thornburgh, Esq. | 858-678-5099 | 858-678-5070 |
| cc: Mark J. Pernick, Esq. | 650-494-0792 | 650-813-5775 |
| cc: Gregg A. Paradise, Esq. | 212-425-5288 | 212-425-7200 |
| cc: Daniel M. Flores, Esq. | 213-229-6817 | 213-229-7817 |
| cc: David D. Bahler, Esq. | 512-536-4598 | 512-536-3005 |
| cc: Rowena Young, Esq. | 650-614-7401 | 650-614-7400 |

FROM:      Ronald P. Oines - 2118

RE:        American Video Graphics, L.P., v. Microsoft Corporation

CLIENT/MATTER NO.: 099999-0084          NUMBER OF PAGES, INCLUDING COVER:

MESSAGE:

Please see my letter of September 15, 2005 regarding the above-captioned matter.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR; PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U S POSTAL SERVICE. THANK YOU

If there are problems receiving this Fax Transmittal please call 714.641 5100, Ext. 1235.

2118/099999-0084
642805 01 a09/15/05
15