
**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 3, 2005

Writer's Direct Contact
650/813-5718
MPernick@mofo.com

*By Telefacsimile*

Ronald P. Oines, Esq.
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931

Re:   *American Video Graphics, L.P. v. Hewlett-Packard Co., et al.*
      Case No. 6:04-cv-397 WMS

Dear Ron:

I wanted to follow up on the voicemail that I left for you last Thursday, September 29, 2005, by requesting that you please call me when you get a chance so that we can continue our meet and confer with respect to Discovision's and RIN's responses to the defense group subpoenas.

In addition, this is to confirm that, in a discussion he had with my colleague Rachel Coles on September 6, 2005, Discovision's David White agreed that Discovision and RIN would produce Discovision's partnership agreement with Pioneer, organizational charts for DVA and RIN from 2003-2004, and RIN's articles of incorporation.

I look forward to continuing our meet and confer discussions on this matter.

Sincerely,

Marc J. Pernick

pa-1014919