**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 5, 2005

Writer's Direct Contact
650/813-5718
MPernick@mofo.com

*By Telefacsimile*

Ronald P. Oines, Esq.
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931

Re:   *American Video Graphics, L.P. v. Hewlett-Packard Co., et al.*
      Case No. 6:04-cv-397 WMS

Dear Ron:

I only found out late last night about your September 28, 2005 letter to Microsoft's counsel. In that letter, you state that RJN's corporate designee—who I understand is Mr. Kenny Masaki—is available to testify in this matter during the week of November 7, 2005.

Given that time-frame, I need to know your final position with respect to the documents we still seek from RJN and Discovision. In particular, we need to know what scope of documents your clients are willing to produce from the narrowed set of topics that we listed in our letter to RJN/Discovision's previous counsel on August 25, 2005. In the event an agreement cannot be reached on this, we will need to file motions to compel in both Delaware and Los Angeles. The motions will probably need to be on shortened time because of the short time-frame before Mr. Masaki's deposition.

I apologize for asking you to respond with such immediacy, but I need to know RJN's and Discovision's final position as soon as possible. Please let me know by this Friday, October 7, 2005 at 12:00 noon. Thank you very much.

Sincerely,

Marc J. Pernick

pa-1015610