

611 ANTON BOULEVARD, FOURTEENTH FLOOR
COSTA MESA, CALIFORNIA 92626-1931
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
TELEPHONE 714-641-5100  FACSIMILE 714-546-9035
www.rutan.com

ORANGE COUNTY

PALO ALTO
(650) 320-1500

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**Ronald P. Oines**
Direct Dial. (714) 662-4680
E-mail: roines@rutan.com

October 6, 2005

**By Fax and Mail**

Marc J. Pernick, Esq.
Morrison & Foerster
755 Page Mill Road
Palo Alto CA  94304-1018

Re:    American Video Graphics v. Hewlett Packard Co., et al.

Dear Marc:

I received your October 3 and 5 letters, which followed our telephone conversation last week. As you know, it is Discovision's and RIN's position that Request for Production No. 14 of the subpoenas served on them is, among other things, entirely overbroad and unduly burdensome and oppressive. Nonetheless, Discovision/RIN agreed to produce, and did produce, responsive documents that relate to the patents in suit. Your client, Fujitsu Computer Systems Corporation ("Fujitsu"), has initiated a meet and confer process, taking the position that it is entitled to additional documents.

Despite the fact that neither Discovision nor RIN are parties to any of the pending American Video Graphics actions, they have produced approximately ten thousand pages of documents. Moreover, Discovision has appeared for no less than five days of deposition. RIN's deposition has been noticed as well. The burden Discovision and RIN have been and will be subjected to is beyond any definition of reasonableness, particularly because neither is a party to the actions. Nonetheless, Discovision and RIN have been more than reasonable in responding to the subpoenas.

I understand from talking to David White that he did have a conversation with Rachel Coles of your office, but it was in the context of discussing what types of documents might exist and what documents Discovision and RIN might be willing to produce in an effort to resolve Fujitsu's demands. To date, however, there has been no "agreement" to produce anything beyond what has already been produced. With that said, Discovision and RIN are willing to produce the documents referred to in your letter, to the extent they are in Discovision or RIN's possession, if Fujitsu will agree that the production of these documents will fully resolve Fujitsu's demands for additional documents. Please let me know if this proposal is acceptable.

211WU221.88-0006
647691.01 a10/05/05



Marc J. Pernick, Esq.
October 6, 2005
Page 2


       Nothing in this letter should be considered a waiver of any objections Discovision and RIN have with respect to the subpoenas. Additionally, as you know, Discovision, RIN and Pioneer are concerned that Morrison & Forester's client, Fujitsu, is adverse to Discovision, RIN and Pioneer with respect to these subpoenas and Fujitsu's demands for additional documents. It is my understanding Morrison & Foerster currently represents Pioneer in other matters and neither Pioneer, Discovision nor RIN has waived any actual or potential conflict. Discovision, RIN and Pioneer continue to reserve their rights.

       Please feel free to contact me if you have any questions regarding the foregoing.

               Very truly yours,

               RUTAN & TUCKER, LLP

               Ronald P. Oines

RPO:as


2118/022188-0000
647691.01 a10/05/05

# RUTAN & TUCKER LLP

### Attorneys at Law
611 Anton Boulevard, 14th Floor
Costa Mesa California 92626-1931
Mailing Address: Post Office Box 1950, Costa Mesa, California 92628-1950
Telephone: 714.641.5100        Facsimile 714.546.9035

---

# FACSIMILE TRANSMISSION

DATE:        **OCTOBER 6, 2005**

TO:                                                        Hard Copy to Follow via Mail:

| NAME | FAX NO. | PHONE NO. |
|------|---------|-----------|
| **Marc J. Pernick, Esq.** | **650-494-0792** | **650-813-5718** |

FROM:        **Ronald P. Oines - 2118**

RE:          **American Video Graphics v. Hewlett Packard Co., et al.**

| CLIENT/MATTER NO.:  **022188-0006** | NUMBER OF PAGES, INCLUDING COVER: |
|-----|-----|

MESSAGE:

| **Please see my letter to you of today's date.** |
|-----|

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE TO DELIVER THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U S POSTAL SERVICE. THANK YOU.

If there are problems receiving this Fax Transmittal please call 714.641.5100, Ext. 1235

2118/022188-0006
648267.01 a10/06/05