

**RUTAN & TUCKER**
ATTORNEYS AT LAW

611 ANTON BOULEVARD, FOURTEENTH FLOOR
COSTA MESA, CALIFORNIA 92626-1931
DIRECT ALL MAIL TO: POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
TELEPHONE 714-641-5100  FACSIMILE 714-546-9035
INTERNET ADDRESS www.rutan.com

ORANGE COUNTY

SILICON VALLEY
(408) 289-8777

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Ronald P. Oines
Direct Dial: (714) 662-4680
E-mail: roines@rutan.com

September 28, 2005

**By Fax and Mail**

John M. Shumaker
Weil, Gotshal & Manges, LLP
700 Louisiana, Suite 1600
Houston, TX 77002

Re:   American Video Graphics, L.P. v. Microsoft Corporation, et al. - Deposition of Non-Party Research Investment Network, Inc.

Dear John:

As I believe you are aware, the corporate designee for the deposition of Research Investment Network, Inc. ("RIN") with respect to the subpoena you served in the above-referenced action resides and works in Japan. The deponent, however, is willing to travel to Southern California for the deposition if the deposing parties agree to pay for his first class air fare from Narita-Tokyo to Los Angeles and back, plus additional travel costs not to exceed $1,000.00. The deponent would be available for his deposition sometime during the week of November 7, 2005.

Please let me know as soon as possible if this proposal is acceptable and when you would like to conduct the deposition.

Very truly yours,

RUTAN & TUCKER, LLP

Ronald P. Oines

RPO:as

2118/022188-0006
645954.01 a09/28/05