**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 7, 2005

Writer's Direct Contact
650/813-5718
MPernick@mofo.com

*By Telefacsimile and email*

Ronald P. Oines, Esq.
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931

Re:   *American Video Graphics, L.P. v. Hewlett-Packard Co., et al.*
      Case No. 6:04-cv-397 WMS

Dear Ron:

I wanted to confirm some of the points we discussed in our several conversations from yesterday, October 6, 2005. First, I appreciated you responding so quickly to my letter of October 5, 2005 asking for RIN/DVA's final position on the documents we seek. I informed you yesterday that Fujitsu Computer Systems ("Fujitsu") will indeed have to proceed with motions to compel against RIN and Discovision.

We also explored whether, given the short time-frame that exists between now and the time you have offered for RIN's Rule 30(b)(6) deposition, there was any flexibility on RIN's schedule for that deposition. You explained that Microsoft needed to take its deposition of RIN very soon because of the schedule in the case that is solely against Microsoft, but that if it was acceptable for Microsoft, RIN's witness could probably come to the U.S. a little later in November. I have asked Microsoft's counsel if they can depose RIN any later.

I also asked you whether RIN's witness could come back in early 2006 for a deposition in the '397 case in which Fujitsu is a defendant. I explained that the defense group as a whole was amenable to trying to depose RIN only once, but that, in our view, the current "time crunch" has been created by RIN/DVA's inability to meet and confer with us while the Skadden firm worked out its conflict. The attorney at Skadden asked that the defendants hold off on meet and confer negotiations in June, and then David White of Discovision repeated that request in September.

In any event, if RIN is unwilling to come back for another deposition session in early 2006, Fujitsu will need to ask the courts in Delaware and Los Angeles for accelerated briefing and

pa-1015960

MORRISON | FOERSTER

Ronald P. Oines, Esq.
October 7, 2005
Page Two

hearing schedules on its motions to compel. You stated yesterday that you were willing to be flexible on any schedule that Fujitsu proposed, and so I make the following proposal:

Schedule for C.D. Cal. Motion (DVA)

| | |
|---|---|
| Fujitsu serves Joint Stipulation on DVA | October 11 |
| DVA serves its portion of Joint Stipulation | October 17 |
| File Joint Stipulation and Supporting Papers | October 18 |
| Fujitsu's Supplemental Brief | October 21 |
| Proposed Hearing Date | October 28 |

Schedule for Delaware Motion (RIN)

| | |
|---|---|
| Fujitsu serves Motion to Compel | October 11 |
| RIN serves Opposition | October 17 |
| Fujitsu serves Reply | October 21 |
| Proposed Hearing Date | October 28 |

We would propose that all service be by hand or by email or fax.

**REDACTED**

Please let me know as soon as you can whether the above schedule is acceptable to you. It obviously affects the motion papers that Fujitsu must prepare. Thank you for your courtesy in this.

Sincerely,

Marc J. Pernick

pa-1015960