IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AMERICAN VIDEO GRAPHICS, LP § § § Plaintiff § § vs. § § HEWLETT-PACKARD CO., § et al. § § § Defendants § | CASE NO. 6:04-CV-397 |

**AMENDED NOTICE OF SCHEDULING CONFERENCE**

The Court amends its earlier Notice of Scheduling Conference, Proposed Dates for Docket Control Order and Discovery Order as follows. Except as modified below, the Court's original Notice remains in effect.

Pursuant to Fed. R. Civ. P. 16 and Local Rule CV-16, the Scheduling Conferences in cases 6:04-cv-397, 6:04-cv-398, and 6:04-cv-399 are set for **January 10, 2005 at 3:00 p.m.** at the United States Courthouse, 211 West Ferguson, Tyler, Texas. To the extent possible, the Court desires to coordinate scheduling and discovery in these cases. Parties in all three cases are directed to meet and confer in accordance with Fed. R. Civ. P. 26(f) and P.R. § 2-1 no later than fourteen (14) days before the conference. By 5 p.m. on January 7, 2005, parties shall submit to the Court a scheduling conference agenda stating those items that the parties cannot agree on. The Court will assume that the parties agree on all matters not included in the agenda. Although telephonic appearances are permitted, the Court encourages all parties to attend in person, if at all possible.

So ORDERED and SIGNED this 2nd day of December, 2004.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE