

### Contact DVA

Interested in how DVA can help you succeed? Please complete our inquiry form.

If you have an invention or patent you would like for us to consider, please print and fill out our Invention Profile Summary form and fax it to the number below.

Invention Profile Summary

Map to DVA's Location

Discovision Associates
2355 Main Street
Irvine, CA 92614

Tel: (949) 660-5000
Fax: (949) 660-1801

*Changing the way you live.*

-----------------------------------------------------------------

○    DVA Patent Licensing

○    DVA Patent Acquisitions

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Company/Organization: | |
| Address: | |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |
| Country: | |
| Phone: | |
| Email: | |

Comments/Questions:



Submit    Reset

COPYRIGHT © 2003  DISCOVISION ASSOCIATES - ALL RIGHTS RESERVED