




Creation of new industry through invention and its protection.

Ask DVA a question...

More...

Sell your patent to DVA.

More...

Visit DVA...

Map...

**Welcome**

Understanding the diverse challenges faced in today's technological world, Discovision Associates (DVA) recognizes value in fostering creativity through its elaborate licensing activities and global partnerships. DVA integrates technology, innovation and licensing to cultivate new industries and build better businesses.

By focusing on acquiring and licensing new technologies, DVA leverages its experience to help organizations maximize their business and realize the value of its investment.

DVA: Releasing the value of technology and innovation.

*A whole industry revolves around our patents...*



COPYRIGHT © 2003  DISCOVISION ASSOCIATES - ALL RIGHTS RESERVED
DISCOVISION, DVA, and the Spinning Disc Logo are registered marks in the U.S. Patent and Trademark Office




> Innovation   Operations   Diversification   Implementation

**DVA Innovation Model**



*Nurturing innovation, protecting it, and managing its applications and value through licensing and administration is the focus of DVA.*

**How DVA Works**

· Educate
· Persuade
· Convince
· And License

The first phase is to educate a company that intends to use, or has been found to be using, a technology covered under one or more of DVA's patents. To do this, DVA first informs the company of its history, its investments, its research and development and its patents on the products of these. The company is further informed of the fact that, under its patents, DVA has a legal right to the patented technology in question.

The next phase is to persuade the company that this information is, in all its aspects, true and accurate.

However, the company may defend itself by taking the position that its products are not covered by DVA's patented technology. At this point, the thorough and professional background work of DVA's industry research and engineering and innovation experts is introduced. Experience shows that this period of exchange may continue, back and forth, for over a year.

The objective during the third phase is to convince the company to meet its obligations. This may seem very much like the process of persuading, but it is a distinctly different period. By its tone, DVA makes it clear that its purpose is not to harass or embarrass.

It is a period during which the company becomes convinced that objective circumstances

bind it to comply with the facts of the matter.

Finally, DVA grants a license to the company that covers use of the patented technology. A limited patent license agreement is drawn up and its stipulations are explained to the new licensee.

These license agreements are, of necessity, long and detailed documents. They must anticipate every possible eventuality in the application of a technology that is central to an enormous industry and its many markets.

When circumstances justify, the agreement will stipulate a one-time payment that is derived from product sales that had occurred prior to the effective date of the license agreement.



COPYRIGHT © 2003   DISCOVISION ASSOCIATES - ALL RIGHTS RESERVED