HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                       TYLER DIVISION
 4  AMERICAN VIDEO GRAPHICS,    )
    L.P.,                       )
 5                              )
           Plaintiff,            )      CONFIDENTIAL
 6                              )
    VS.                         )  CIVIL ACTION NO.
 7                              )  6:04-CV-397-LED
    HEWLETT-PACKARD CO., et al.,)
 8                              )      CERTIFIED
           Defendants.          )        COPY
 9
10  ****************************************************
11            VIDEOTAPED ORAL DEPOSITION OF
12                      ERIC DOWLING
13                   SEPTEMBER 8, 2005
14                       VOLUME 3
15        ATTORNEYS' EYES ONLY - CONFIDENTIAL
16  ****************************************************
17
18       On the 8th day of September, 2005, at 9:53 a.m., the
19  videotaped oral deposition of the above-named witness
20  was taken at the instance of the Defendants, before
21  Michelle L. Munroe, Certified Shorthand Reporter in and
22  for the State of Texas, at McKool Smith, 300 Crescent
23  Court, Suite 1500, Dallas, Texas, pursuant to Notice and
24  the agreement hereinafter set forth.
25
```

454

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  the patents that AVG ultimately acquired?
2      A.  Why -- I'm sorry, switch gears.  Could you
3  just repeat?
4      Q.  Why did DiscoVision decide they couldn't
5  license the patents that AVG ultimately acquired?
6      A.  This is -- I'm allowed to say it now.  Why?
7  My understanding is that -- and again, I got it
8  secondhand, but I'm pretty reasonable -- reasonable
9  secondhand information -- that Pioneer had some kind of
10 a riff with some other company about some patent issues,
11 maybe it was Fujitsu, and they just lost their appetite
12 for implementing the program that they could -- they had
13 a business model of attempting to license the patents on
14 amicable terms without litigating and giving everybody a
15 certain amount of time to do that.  And then -- kind of
16 to see how that was going.
17          And then they had plan B, I believe, would
18 have been to file some litigation that they -- I don't
19 know -- I don't want to go too far in what I'm saying,
20 but they were -- they had some litigation.  They were
21 going to litigate if they had to if they couldn't get
22 the people to take the licenses.
23          And they drew the conclusion that they would
24 have to litigate in order to -- in order to properly
25 license these patents.  And at that time, the upper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  brass at Pioneer quashed the project.
2      Q.  When did the upper brass at Pioneer quash the
3  project?
4      A.  January of 2004 -- yeah, 2004.
5      Q.  And when was it that DiscoVision formed the
6  idea that others might have been infringing these
7  patents?
8      A.  Okay.  Let me make a correction.  That was
9  when I found out about it.  It could have been in
10 December or something like that.
11     Q.  When the upper brass quashed the project?
12     A.  Right.
13     Q.  Okay.  What about my other question?  When did
14 DiscoVision form the idea that one or more companies
15 might have been infringing these patents?
16     A.  I believe it was in 2003, maybe even late
17 2002.  I'm not exactly sure.  But it was back in that
18 time frame.
19     Q.  To your knowledge, did DiscoVision ever
20 prepare a complaint against anyone?
21     A.  Yes.
22     Q.  But to your knowledge, DiscoVision never filed
23 a complaint against anyone, correct?
24     A.  Yes.
25     Q.  Do you know whether or not any of the

ESQUIRE DEPOSITION SERVICES
619.233.0633

```
 1  STATE OF TEXAS     )
 2  COUNTY OF DALLAS   )
 3
 4       I, Michelle L. Munroe, Certified Shorthand Reporter
 5  in and for the State of Texas, certify that the
 6  foregoing deposition of ERIC DOWLING was reported
 7  stenographically by me at the time and place indicated,
 8  said witness having been placed under oath by me, and
 9  that the deposition is a true record of the testimony
10  given by the witness.
11       I further certify that I am neither counsel for nor
12  related to any party in this cause and am not
13  financially interested in its outcome.
14       Given under my hand on this the _____ day of
15  _____, 2005.
16
17
18            [signature: Michelle Munroe]
                _____
19              Michelle L. Munroe, CSR No. 6011
                LEGALINK DALLAS - Registration # 191
20              4144 N. Central Expwy., #450
                Dallas, Texas 75204
21              800.966.4567
22  My commission expires 12-31-05
23  Original deposition sent to Mr. Gordon White on
    SEP 26 2005
    _____, 2005 for signature.
24
25
```