CONFIDENTIAL

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

AMERICAN VIDEO GRAPHICS, )
L.P.,                    )
                         )
     Plaintiff,          )
                         )
VS.                      ) CIVIL ACTION NO.
                         ) 6:04-CV-397-LED
HEWLETT-PACKARD CO., et al.,)
                         )
     Defendants.         )

**CERTIFIED COPY**

*************************************************

VIDEOTAPED ORAL DEPOSITION OF

ERIC DOWLING

SEPTEMBER 9, 2005

VOLUME 4

ATTORNEYS' EYES ONLY - CONFIDENTIAL

*************************************************

   On the 9th day of September, 2005, at 8:04 a.m., the videotaped oral deposition of the above-named witness was taken at the instance of the Defendants, before Michelle L. Munroe, Certified Shorthand Reporter in and for the State of Texas, at McKool Smith, 300 Crescent Court, Suite 1500, Dallas, Texas, pursuant to Notice and the agreement hereinafter set forth.

**Exhibits Under Separate Cover**

```
 1  issue.
 2      A.   Yes.
 3      Q.   Do you remember talking about that yesterday?
 4      A.   Yes.
 5      Q.   Okay.  You said a couple of things that I was
 6  curious about.  You said that you had some reasonable
 7  secondhand information that Pioneer had some kind of
 8  riff with some other company.  Would you expound upon
 9  that a little bit?  What exactly did you mean when you
10  said that?
11      A.   I think I said it might have been Fujitsu,
12  right?
13      Q.   You did mention that later.  I was going to
14  get to that in just a second.
15      A.   And, again, this is on the attorneys' eyes
16  only.  That's why I didn't say all this in my first
17  deposition, because I didn't want to -- but again, it
18  was secondhand information, so I don't really have a
19  whole lot of detail about it.  But there was something
20  that happened between Pioneer and some company, and I
21  thought it was Fujitsu, but I'm not sure, that had
22  something to do with patents, that somebody got mad and
23  the -- some people just didn't want to have to deal with
24  certain kinds of problems.  That was my understanding.
25      Q.   Okay.
```

Esquire Deposition Services
619.233.0633

1    A.    Something happened.

2    Q.    And when you say secondhand information, how
3 did you get this information?

4    A.    I believe Mr. White or Mr. Westerlund, one of
5 those two or both of them, mentioned that there was
6 something that happened that caused -- the reason for
7 Pioneer to pull the plug.

8    Q.    Okay.  So David White at DiscoVision?

9    A.    It's one of those two.  I'm not sure.

10   Q.    Okay.

11   A.    Or both or either.  I don't know.

12   Q.    Okay.  Did -- do you remember, was it a
13 passing reference or was there -- to what degree did you
14 have communications with either one of them or both
15 about this?

16   A.    Not a lot.  It was more the -- there was an
17 event that occurred, and the event -- the event caused
18 DiscoVision to get an order from Pioneer to pull the
19 plug on the project.  So the context was -- from my
20 standpoint, I wasn't too -- needing further information.
21 And then, of course, there's always confidentiality of
22 what things are.  So I don't believe I probed too much.
23 It -- you know, sometimes when people tell you
24 something, you take what information they give you and
25 don't probe because it's not really your place to probe.

839

```
 1       Q.   Understood.  So when you say that an event
 2  occurred, how did they describe it?  Did they -- what
 3  did they say the event was?
 4       A.   I don't think they gave me a lot of detail.  I
 5  think -- all I can remember, I believe they said it had
 6  something to do with the patent and they -- somebody --
 7  I don't know if they tried to assert a patent against
 8  them and then it caused somebody to get mad and people
 9  at the higher levels to exchange words.  I don't know.
10  I'm not really sure.
11       Q.   Okay.  Why do you think David White and/or Bob
12  Westerlund were telling you this information?
13       A.   Well, they were -- the reason it was
14  relevant -- to me, the only relevance was that,
15  therefore, the patents are now available, therefore,
16  DiscoVision is no longer going to execute its plan, and
17  therefore, the patents are for sale or -- that was the
18  only relevance.
19       Q.   Okay.  So back to -- you said that it might
20  have just been kind of an offhand -- was it a
21  conversation or was it an e-mail?
22       A.   It would have been a conversation.
23       Q.   Any phone calls?
24       A.   It would have been a phone call.
25       Q.   Both?
```

```
 1        A.   Well, a phone conversation.
 2        Q.   In person, excuse me.  Face-to-face and phone
 3   conversations?
 4        A.   No.  I believe at the very beginning when I
 5   was learning it, I talked to both of them.  That's why
 6   my memory gets mixed up.  I talked to David White, and I
 7   believe I talked to him first.  Then I talked to Bob
 8   Westerlund.  And there was a telephone -- on the
 9   telephone and --
10        Q.   Do you remember about when this was?
11        A.   It was around January 10th.
12        Q.   Okay.  Why do you --
13        A.   Roughly.
14        Q.   Okay.
15        A.   Well, I remember it was after I had been on --
16   I had actually been away in Spain.  My mother lives in
17   Spain, so I visit her every now and then.  And I had
18   come back from Christmas vacation.  I remember it was
19   shortly thereafter, and there was -- you know,
20   January 6th and then a few days later, January 10.
21        Q.   Okay.  And how significant was this
22   information to you?
23        A.   It wasn't significant at all.  The
24   significance was the -- the result.  This was, you know,
25   the -- if you think the event was a giant snowball
```

841

1  crashed into our house and smashed it, and the event was
2  that some guy at the top of the hill did something.  The
3  important event for me wasn't how it happened, but it
4  was just a light passing information.
5      Q.   Okay.  And back to when you said somebody got
6  mad, do you have any -- was that Fujitsu or Pioneer?
7      A.   I think -- my understanding is -- and I'm not
8  even a hundred percent sure if it was Fujitsu, but I
9  think it was Fujitsu.  I have no idea who, just that
10 there was some kind of activity that caused -- that
11 caused Pioneer to not want to mess with getting, you
12 know, into litigation and things like that right now.
13     Q.   So if I understand it correctly, it was
14 basically due to one company -- due to some sort of
15 altercation with one company that DVA scrapped the whole
16 program?
17     A.   That was my understanding.
18     Q.   How sure are you that it was Fujitsu?
19     A.   I'm not -- that's what I'm saying is it
20 might -- I mean, that's what's in my memory.  So whether
21 it's correct or not, I can't -- it wasn't -- it wasn't
22 really -- it was more almost just -- it wasn't really
23 important information.  It was just peripheral
24 information, so therefore, it's just something that's
25 sitting in the back of my memory.

```
 1  STATE OF TEXAS     )
 2  COUNTY OF DALLAS   )
 3
 4       I, Michelle L. Munroe, Certified Shorthand Reporter
 5  in and for the State of Texas, certify that the
 6  foregoing deposition of ERIC DOWLING was reported
 7  stenographically by me at the time and place indicated,
 8  said witness having been placed under oath by me, and
 9  that the deposition is a true record of the testimony
10  given by the witness.
11       I further certify that I am neither counsel for nor
12  related to any party in this cause and am not
13  financially interested in its outcome.
14       Given under my hand on this the __27__ day of
15  ___Sept_____, 2005.
16
17
18
                    ___Michelle Munroe___
19                  Michelle L. Munroe, CSR No. 6011
                    LEGALINK DALLAS - Registration # 191
20                  4144 N. Central Expwy., #450
                    Dallas, Texas 75204
21                  800.966.4567
22  My commission expires 12-31-05
23  Original deposition sent to Mr. Gordon White on
    __SEP 27 2005_____, 2005 for signature.
24
25
```