## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144
———
TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5432
EMAIL ADDRESS
LETCHEVE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 16, 2005

**VIA FACSIMILE**

John Shumaker
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas 77002

        RE:    American Video Graphics, L.P. Litigations

Dear John:

    Pursuant to the agreement we reached on June 1, 2005 with respect to the subpoena served by your firm on our client, Research Investment Network, Inc. ("RIN"), the date on or before which RIN must produce documents, if any, responsive to the subpoena is June 17, 2005. I am writing to advise you that RIN does not have any documents in its possession, custody or control responsive to the subpoena that were not already produced or withheld on privilege grounds by Discovision Associates. I assume that your clients do not wish to incur the expense of having RIN copy and produce these documents, which are already in your possession. If I am mistaken in that assumption, however, please advise me where to deliver the documents previously produced by Discovision for copying.

                                   Sincerely,

                                   Lance A. Etcheverry