## Coles, Rachel A.

**From:** Pernick, Marc J.
**Sent:** Friday, October 07, 2005 7:16 PM
**To:** 'roines@rutan.com'
**Subject:** AVG v. HP, et al.; Case No. 6:04-cv-397 WMS

Hi Ron:

I wanted to confirm that I left you a voicemail at about 4:36 this afternoon to see if you had any response to either of my proposals. I wanted to find out if RIN would agree to produce Mr. Masaki for a second deposition in the '397 case (as opposed to the Microsoft-only case) in early 2006. If not, I also wanted to see if RIN and DVA would agree to the briefing schedule I proposed in my letter of earlier today.

I will be in much of the weekend, so you can also call me in the office on Saturday or Sunday.

Finally, this is also to let you know that if we cannot reach agreement on either of the proposals above, Fujitsu will apply ex parte for an order shortening time on Tuesday in the Central District.

Regards,

Marc Pernick

1