**Pernick, Marc J.**

**From:** Oines, Ronald [roines@rutan.com]
**Sent:** Sunday, October 09, 2005 9:09 AM
**To:** Pernick, Marc J.
**Subject:** RE: AVG v. HP, et al.; Case No. 6:04-cv-397 WMS

Marc:

I do not know yet if RIN will agree to produce Mr. Masaki in early 2006. Would the 2006 deposition be limited to questions related to documents, if any, produced after the November deposition? I expect to be able to let you know our position on Monday or Tuesday.

Ron

-----Original Message-----
**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Friday, October 07, 2005 7:16 PM
**To:** Oines, Ronald
**Subject:** AVG v. HP, et al.; Case No. 6:04-cv-397 WMS

Hi Ron:

I wanted to confirm that I left you a voicemail at about 4:36 this afternoon to see if you had any response to either of my proposals. I wanted to find out if RIN would agree to produce Mr. Masaki for a second deposition in the '397 case (as opposed to the Microsoft-only case) in early 2006. If not, I also wanted to see if RIN and DVA would agree to the briefing schedule I proposed in my letter of earlier today.

I will be in much of the weekend, so you can also call me in the office on Saturday or Sunday.

Finally, this is also to let you know that if we cannot reach agreement on either of the proposals above, Fujitsu will apply ex parte for an order shortening time on Tuesday in the Central District.

Regards,

Marc Pernick

==================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

==================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

==================================================================

10/11/2005