**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 10, 2005

Writer's Direct Contact
650/813-5718
MPernick@mofo.com

*By Telefacsimile and email*

Ronald P. Oines, Esq.
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931

Re:   *American Video Graphics, L.P. v. Hewlett-Packard Co., et al.*
      Case No. 6:04-cv-397 WMS

Dear Ron:

This will confirm our conversation of earlier today on the various issues that you and I have been discussing.

First, I told you that I was hoping to find out whether RIN would agree to have its corporate designee Mr. Masaki deposed in the '397 Case in January 2006. I told you that I have now spoken with the defendants in that case, and we as a group are fine with proceeding with the RIN deposition at any time in January. The defense group in that case has no need to depose RIN in November.

Second, I had previously informed you that Fujitsu would on Tuesday, October 11 be filing an ex parte application in the Central District of California seeking an accelerated briefing schedule and hearing date on its motion to compel against Discovision. I wanted to clarify that Fujitsu would actually seek ex parte relief **on Wednesday, not Tuesday**. If Fujitsu can obtain information tomorrow about a time and place (*i.e.* courtroom) for its ex parte application, we will let you know of that information as soon as possible on Tuesday.

Third, we discussed a briefing schedule for Fujitsu's motions to compel in Delaware and in the Central District, and you agreed that you would not oppose our proposed schedules. Fujitsu will still file an application for ex parte relief in the Central District, and a motion to expedite in Delaware, but it will indicate that its requests for expedition are unopposed. The schedules to which we agreed are the following:

pa-1016610

MORRISON | FOERSTER

Ronald P. Oines, Esq.
October 10, 2005
Page Two

Schedule for C.D. Cal. Motion (DVA)

| | |
|---|---|
| Fujitsu serves Joint Stipulation on DVA | October 11 |
| DVA serves its portion of Joint Stipulation | October 17 |
| File Joint Stipulation and Supporting Papers | October 18 |
| Fujitsu's and DVA's Supplemental Briefs | October 20 |
| Proposed Hearing Date | October 27 |

Schedule for Delaware Motion (RIN)

| | |
|---|---|
| Fujitsu serves Motion to Compel | October 11 |
| RIN serves Opposition | October 17 |
| Fujitsu serves Reply | October 20 |
| Proposed Hearing Date | October 27 |

We appreciate your courtesy in agreeing to the schedules.

Finally, although we do not believe that Morrison & Foerster has any conflict in this matter, I informed you that Fujitsu had retained separate outside counsel for these motions. You and I then discussed whether Discovision and RIN had any objection to allowing Fujitsu's new outside counsel to have access to materials previously designated under the Protective Order in the '397 Case. I told you that Fujitsu had retained the Ashby & Geddes firm in Delaware, and the firm of Cathcart Collins & Kneafsey in Los Angeles. You left me a voicemail after our conversation in which you told me that Discovision and RIN had no objection, so long as the new attorneys confirmed for you in writing that they would abide by the Protective Order.

Please let me know if I have misstated anything above.

Sincerely,

Marc J. Pernick

pa-1016610