IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. 05-213-GMS |
| | ) | |
| v. | ) | (Case No. 6:04-CV-397-LED, |
| | ) | currently pending in the United |
| HEWLETT-PACKARD CO., *et al*., | ) | States District Court for the |
| | ) | Eastern District of Texas, |
| Defendants. | ) | Tyler Division) |

### **STIPULATED ORDER**

WHEREAS, Fujitsu Computer Systems Corp. ("Fujitsu"), a defendant in the captioned action pending in the United States District Court for the Eastern District of Texas, Tyler Division, has served a District of Delaware subpoena upon non-party Research Investment Network ("RIN"), and has filed a motion in this Court seeking to compel compliance with that subpoena;

WHEREAS, Fujitsu's reply brief in support of its motion to compel is due on November 7, 2005; and

WHEREAS, due to other pre-existing commitments of counsel that will make it difficult to draft a reply brief by the current deadline, Fujitsu respectfully requests a five business day extension of its reply brief deadline, which RIN does not oppose; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Fujitsu must serve and file its reply brief in support of its motion to compel (D.I. 1) is extended through and including November 15, 2005.

| ASHBY & GEDDES | PRICKETT JONES & ELLIOTT, P.A. |
|---|---|
| */s/ Steven J. Balick* | */s/ J. Clayton Athey* |
| Steven J. Balick (I.D.#2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>302-654-2067 (facsimile)<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>Attorneys for Movant, Fujitsu Computer Systems Corp. | J. Clayton Athey (I.D. #4378)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19801<br>(302) 888-6507<br>jcathey@prickett.com<br>*Attorneys for Respondent, Research Investment Network* |

SO ORDERED, this _____ day _____, 2005.

_____
United States District Judge

163155.1