IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | : | |
| | : | Misc. Action No. 05-213-GMS |
| Plaintiff, | : | |
| | : | Case No. 6:04-CV-397-LED, currently |
| v. | : | pending in the United States District |
| | : | Court for the Eastern District of Texas, |
| MICROSOFT CORPORATION, ET AL., | : | Tyler Division |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 10th day of November, 2005, a copy of OBJECTIONS AND RESPONSES OF NONPARTY RESEARCH INVESTMENT NETWORK, INC. TO SUBPOENA FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE was served via electronic filing and/or as indicated below:

VIA E-MAIL

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19801

PRICKETT, JONES & ELLIOTT, P.A.

J. Clayton Athey (#4378)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Research Investment Network, Inc.

Dated: November 10, 2005

9999.9999\288129v1