IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. 05-213-GMS |
| | ) | |
| v. | ) | (Case No. 6:04-CV-397-LED, |
| | ) | currently pending in the United |
| HEWLETT-PACKARD CO., *et al.*, | ) | States District Court for the |
| | ) | Eastern District of Texas, |
| Defendants. | ) | Tyler Division) |

## **STIPULATED ORDER**

WHEREAS, Fujitsu Computer Systems Corp. ("Fujitsu"), a defendant in the captioned action pending in the United States District Court for the Eastern District of Texas, Tyler Division (the "Texas Action"), has served a District of Delaware subpoena upon non-party Research Investment Network ("RIN"), and has filed a motion in this Court seeking to compel compliance with that subpoena;

WHEREAS, Fujitsu's reply brief in support of its motion to compel originally was due on November 7, 2005, and by stipulated order was extended until November 15, 2005 in order to accommodate scheduling conflicts of Fujitsu's counsel;

WHEREAS, Fujitsu's undersigned Delaware counsel has been informed that Fujitsu and 23 other defendants/intervenors have just reached an agreement in principle with the plaintiff to settle the Texas Action, which, if successfully consummated, will moot the need to proceed with the pending Delaware motion to compel;

WHEREAS, Fujitsu respectfully requests that it be permitted to extend its reply brief deadline in order to permit the parties to the Texas Action time to document and finalize their

settlement, after which Fujitsu will withdraw its pending motion to compel and end this matter without need for the expenditure of further resources by the parties or the Court; and

WHEREAS, RIN does not oppose this request; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Fujitsu must serve and file its reply brief in support of its motion to compel (D.I. 1) is extended through and including December 15, 2005.

| ASHBY & GEDDES | PRICKETT JONES & ELLIOTT, P.A. |
|---|---|
| /s/ Steven J. Balick | /s/ J. Clayton Athey |
| Steven J. Balick (I.D.#2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302-654-1888<br>302-654-2067 (facsimile)<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>*Attorneys for Movant, Fujitsu Computer Systems Corp.* | J. Clayton Athey (I.D. #4378)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19801<br>(302) 888-6507<br>jcathey@prickett.com<br>*Attorneys for Respondent, Research Investment Network* |

SO ORDERED, this _____ day _____, 2005.

_____
United States District Judge

163358.1