IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Action No. 05-213-GMS |
| | ) | |
| v. | ) | (Case No. 6:04-CV-397-LED, |
| | ) | currently pending in the United |
| HEWLETT-PACKARD CO., *et al.*, | ) | States District Court for the |
| | ) | Eastern District of Texas, |
| Defendants. | ) | Tyler Division) |

### MOVANT'S WITHDRAWAL OF MOTION TO COMPEL

WHEREAS, Fujitsu Computer Systems Corp. ("Fujitsu"), a defendant in the captioned action pending in the United States District Court for the Eastern District of Texas, Tyler Division (the "Texas Action"), has served a District of Delaware subpoena upon non-party Research Investment Network ("RIN"), and has filed a motion in this Court seeking to compel compliance with that subpoena (D.I. 1) (the "Motion to Compel"); and

WHEREAS, Fujitsu and 23 other defendants/intervenors have reached an agreement to settle the Texas Action, thereby mooting the need to proceed with the pending Delaware Motion to Compel; now therefore,

FUJITSU HEREBY RESPECTFULLY WITHDRAWS its Motion to Compel, without prejudice to its right to file a new motion in the event that further relief becomes necessary.

ASHBY & GEDDES

*/s/ Steven J. Balick*

---
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
302-654-2067 (facsimile)
sbalick@ashby-geddes.com
jday@ashby-geddes.com
*Attorneys for Fujitsu Computer Systems Corp.*

Dated:  December 15, 2005

164704.1